3,986-16

7-20-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015

Abel Acosta, Clerk

Tex. Ct. Criminal Appeals
Abel Acosta, Clerk,

Re: Donnie L. Sloan
WR-3,986-16
Tr. Ct. No. 064823-C

Dear Clerk,
The Grayson County Clerk and D.A.
were in such a hurry to process and
mail the writ to you, they failed
to include this enclosed document.

Please see that this Response to State
Response is presented to the
Honorable Court.

Respectfully,
Donnie L. Sloan, pro se.
495302 - Polunsky Unit
3872 Fm 350 South
Livingston, Tex 77351

cc-file

# Certificate of Service

I, Donnie L. Sloan, Petitioner, in T.C.C.P. Art 11.07 Writ Application, WR 3,986-16, Tr. Ct. No. 064823-C do so state I placed in the U.S. Mail postage paid, a copy of Petitioner's Response to State Response, filed in Grayson County District Clerk's office on 7-15-16, mailed to Texas Ct. of Crim. Appeals, Mr. Abel Acosta, Clerk, P.O. Box 12308, Capital Station, Austin, Texas 78711, on this the 22 day of July, 2015, Under penalty of Perjury.

Respectfully,

Donnie L. Sloan pro se.
495302 — Polunsky Unit
3872 FM 350 South
Livingston, Tex 77351

cc: file.

## No. 064823-C

Ex Parte | In The 397th District Court

Donnie Lee Sloan | Grayson County, Texas

FILED FOR RECORD
2019 JUL 15 PM 1:17
BY _____
KELLY ASHMORE
DISTRICT CLERK
GRAYSON, TX

### Petitioner's Response To State's Response

To Honorable Judge Of Said Court:

Comes Now Respectfully Donnie L Sloan Here-In-After Called Petitioner And Files The Above Numbered And Styled Response To The State For The Following Reasons To-Wit:

### I.

This Honorable Court Has Jurisdiction To Hear This Pursuant To T.C.C.P. Art. 1.05, 11.03, 11.56-11.60, Whereby Petitioner Has Ten Days To Submit A Response To The State.

### II.

The State Is Saying That Said Points Of Error Were Required To Have Been Presented In Writ No. 064823-B.

-1-

FEDERAL LAW DICTATES DIFFERENTLY
AS TO WHEN ISSUES ARE RIPE TO
BE HEARD. Example:
   "SAY A DOCTOR OPERATES ON YOU
AND ENDS UP doing SOMETHING DURING
THE OPERATION THAT IS NOT READLY
EVIDENT, SINCE THE PATIENT IS
ONLY A LAYMAN OF MEDICINE AND SUCH
RELATED ASPECTS, AND THE PATIENT
DOES NOT DISCOVER THE HARM OR INJURY
WITHIN A SET PERIOD OF TIME OR PROCEDUR
   THE FEDERAL COURT HAS RULED FOR A
CIVIL ISSUE, AND A TRIAL IS A CIVIL
ISSUE, THE TIME FOR RIPENESS FOR
A CLAIM TO BE HEARD IS OR STARTS
TO RUN, NOT WHEN THE HARM WAS
DONE, but UPON DISCOVERY OF THE
HARM OR DAMAGE, FOR THIS
INSTANCE, THE DAMAGE WAS NOT
DISCOVERED UNTILL APRIL 12, 2015,
WHICH WAS AFTER THE OTHER ISSUES
OF HARM HAD BEEN ADDRESSED.
THEREFORE THIS ISSUE OF
LACK OF SUBJECT - MATTER JURISDICTION
IS RIPE FOR REVIEW, SINCE
   THERE CAN BE NO FINAL CONVICTION

—2—

conviction since the trial court lacked subject-matter jurisdiction since the indictment is fundamentally defective, WILLIAMS -v- STATE (App 6 Dist. 2000) 33 S.W. 3d 67, STATE -v- Edwards. (App. 12 Dist. 1991) 808 S.W. 2d 662, METROPOLITAN TRANSIT AUTHORITY -v- Jackson 213 S.W. 3d 797 (Tex. App. Houston (1st Dist. 2006).

No jury, nor no judge can take this fundementally defective indictment and use it to find the defendant guilty of any offense, there by petitioner has satisfied the requirements under Ex Parte Drake 883 S.W. 2d 213, 215 (Tex. Crim. App. 1994); Ex Parte Sadberry 864 S.W. 2d 541, 542, (Tex. Crim. App. 1993).

Petitioner would also wish to reoffer section I. jurisdiction from memorandum of law attached to the original writ application.

- 3 -

Texas State Law And The United States Constitution Require That No Man Shall Be placed In Leu of Possible Loss of Life or Liberty Unless They Be Tryed Under A Legal And Sanctioned Indictment, And Since There Is No Such Document In This Cause of Action, Neither A Judge, Court, Nor Jury Has Any Lawful nor Legal Jurisdiction To Subject Petitioner To A Violation of US Constitution, Bill of Right, 5th, 6th, Amendments To So be Denied, so As To Allow Any Illegal Body of Civilians To Subject Petitioner To Cruel And Unusual Punishment, where by Petitioner Is Denied Due Process And Equal Protection Under The Law.

Petitioner Respectfully Prays That The Relief Requested And The Honorable Court Grant Said Relief To Petitioner In The Intrest Of Justice.

Respectfully Submitted,
Wennie L. Sloan
495302, Pro SE.

-4-

# DECLARATION

I Donnie L. Sloan, Do So State That The Facts So Stated In The Attached Response To The State's Response Are True And Correct, To The Best Of Her Knowledge On This The 8 Day of July, 2015, Under The Penalty Of Perjury.

Respectfully,
Donnie L. Sloan, Pro Se
495382 Polunsky Unit
3872 Fm 350 South
Livingston Texas 77351